147 A.3d 446

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT
v. NYAKEH BRIMA, DEFENDANT-PETITIONER.

Filed July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003197-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.